WILLIAM R. TAMAYO -- #084965 (CA)
DAVID F. OFFEN-BROWN -- #063321 (CA)
EVANGELINA FIERRO HERNANDEZ -- #168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone:    (415) 625-5622
Facsimile:    (415) 625-5657
*Attorneys for Plaintiff Equal Employment Opportunity Commission*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VARKINS, INC d/b/a HOLIDAY INN EXPRESS MTN. VIEW- PALO ALTO, a Corporation,<br><br>Defendant. | Civil Action No.  CV 10-4254-HRL<br><br>**[PROPOSED]**<br>**CONSENT DECREE** |

I. INTRODUCTION

Plaintiff United States Equal Employment Opportunity Commission ("Commission") filed this suit on behalf of Charging Party Beatriz Garcia, alleging that her employer Defendant VARKINS, INC d/b/a HOLIDAY INN, EXPRESS, MTN. VIEW- PALO ALTO ("Defendant") subjected Ms. Garcia to sexual harassment and discharged her in retaliation for her opposition to the harassment, which acts violated Title VII of the Civil Rights Act of 1964, as amended ("Title

VII") and Title I of the Civil Rights Act of 1991. The Commission and Defendant now seek to resolve this action without the expenditure of additional resources and expenses in contested litigation. They enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in Title VII.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, the applicable law, and now approves this Consent Decree.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

## II. NON-ADMISSION OF LIABILITY

This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission of a violation of Title VII by Defendant.

## III. GENERAL PROVISIONS

1. This Court has jurisdiction over the subject matter and the parties to this action. This Court retains jurisdiction over this Consent Decree during its term.

2. This Consent Decree constitutes a full and final resolution of the Commission's complaint in this action and all claims that were made or could have been made by the Commission on behalf of Ms. Garcia based upon her charge of discrimination against Defendant. This Decree does not, however, resolve any future charges or charges that may be pending with the EEOC.

3. This Consent Decree shall become effective upon its entry by the Court.

4. This Consent Decree is final and binding upon the parties to it and their successors and assigns.

5. Each party shall bear its own costs and attorneys fees in this action.

## IV. GENERAL INJUNCTIVE RELIEF

6. Defendant and its current officers, agents, employees and all persons in active concert or participation with them shall comply with all requirements of Title VII with respect to providing a workplace free of sex harassment and retaliation.

7. Defendant and its current officers, agents, employees and all persons in active concert or participation with them shall not engage in, implement, or permit any action, policy, or

practice with the purpose of retaliating against any current or former employee of Defendant because he or she has in the past, or during the term of this Decree (a) opposed any practice of harassment or other discriminatory acts made unlawful under Title VII; (b) filed a charge of discrimination alleging any such practice; (c) testified or participated in any manner in any investigation into claims of discrimination or retaliation (including, without limitation, any internal investigation undertaken by Defendant), proceeding or hearing in connection with this lawsuit; (d) was identified as a possible witness in this lawsuit or supported Ms. Garcia's claims; (e) asserted any rights under this Decree; or (f) sought and/or received any monetary or non-monetary relief in accordance with this Decree.

## V. SPECIAL INJUNCTIVE RELIEF

8. Within sixty (60) days of the entry of this Consent Decree, Defendant shall provide an two-hour anti-retaliation and anti-harassment training to all management and Human Resources employees still employed by Defendant that were involved in Ms. Garcia's case. Said training will include, *inter alia*, what a manager or supervisor should do when an employee complains of sexual harassment.

9. Within thirty (30) days after completing the training designated in paragraph 8, Defendant shall mail to counsel for the Commission a report containing the date of the training, a list of all attendees including their job titles, copies of all materials distributed at the training.

## VI. MONETARY RELIEF

10. On May 1, 2011, Defendant shall pay the sum of $2,000.00 to Beatriz Garcia. On June 1, 2011, Defendant shall pay the additional sum of $2,000 to Beatriz Garcia. The total sum of $4,000 is in complete satisfaction of the Commission's claims against Defendant as set forth in its Complaint. This sum will be paid by check directly to Ms. Garcia, and will be sent to her via certified mail, at the address to be provided to Defendant by the Commission. A copy of said check and its transmittal letter will be sent to the Commission's counsel at the San Francisco District Office.

11. Defendant shall cause to be issued an IRS Form 1099-Misc. to Beatriz Garcia for the monetary relief paid.

CONSENT DECREE     CASE NO. C10-4254-HRL

## VII. EXPIRATION OF CONSENT DECREE

12. This Consent Decree will expire two (2) years after its entry, provided that Defendant has substantially complied with the terms of this Consent Decree. Defendant will be deemed to have complied substantially if the Court has not made any findings or orders during the term of the Consent Decree that Defendant has failed to comply with any of the terms of this Decree.

| On behalf of Plaintiff Commission | On behalf of Defendant |
|---|---|
| Date: March 21, 2011 | Date: March 21, 2011 |

U. S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

__/s/_____
WILLIAM R. TAMAYO

__/s/_____
DAVID F. OFFEN-BROWN

__/s/_____
EVANGELINA HERNANDEZ

__/s/ Sennita Audley__

Defendant in Pro Per

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5622
Facsimile:  (415) 625-5657
Evangelina.Hernandez@eeoc.gov

## ORDER

It is so ordered.

Dated: _____

HON. HOWARD R. LLOYD
United States Magistrate Judge